UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

                Plaintiff,

v.                                              Case No.: 1:25−mc−80009
                                              Honorable Jeannice W. Appenteng

Denmark V. Williams

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Jeannice W. Appenteng: Status hearing held on 11/12/2025. For the reasons stated on the record, the Court granted the government's oral motion to dismiss the ticket. The ticket and case are dismissed with prejudice. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.